BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone:       (202) 616-2378
Fax:         (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>SU CHANG MUN; KELLY BERNIER-MUN, a/k/a KELLY LYNN MUN; VASILIY LITVINCHUK; NATALIYA LITVINCHUK; YURIY ROMANYUK; CITY OF SACRAMENTO; COUNTY OF SACRAMENTO DEPARTMENT OF CHILD SUPPORT SERVICES.<br><br>     Defendants. | Case No. 2:25-cv-01406-DJC-AC<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND CLOSE OF FACT DISCOVERY** |

Plaintiff United States of America, Defendant Su Chang Mun, and Defendant Kelly Bernier-Mun agree and stipulate to extend the deadline for fact discovery to May 15, 2026. In support of this joint stipulation, the parties state as follows:

1.     The United States of America filed this action to foreclose federal tax liens on real property located in Sacramento, California co-owned by Defendant Su Chang Mun and Defendant Kelly Bernier-Mun. This property is located as 1623 Kathleen Avenue, Sacramento, CA 95815.

1

2.    Before this case was filed, the United States filed a case in Northern District of California against Mun to reduce federal income tax assessments made against him to judgment. Discovery in that case closed February 19, 2026.

3.    On February 6, 2026, the United States served written discovery requests on both Mun and Bernier-Mun in this case. The United States still needs to schedule and take the depositions of Mun and Bernier-Mun to complete its discovery in this case.

4.    Discovery currently closes in this case on March 13, 2026.

5.    To ensure that the United States and the other parties have sufficient time to complete all necessary discovery in this case, the parties agree and stipulate to extend the close of discovery to May 15, 2026.

6.    This stipulation does not affect any other deadline currently imposed by the Court in this matter.

7.    The parties respectfully request that the Court order that the close of fact discovery is extended to May 15, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

Dated: March 13, 2026    */s/ Connor J. Pestovich*
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone:    (202) 616-2378
Fax:       (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

Dated: March 13, 2026        */s/ Timothy Roscoe Carter*
                             TIMOTHY ROSCOE CARTER (CA Bar #195531)
                             Supervising Attorney, Low Income Taxpayer Clinic
                             Justice & Diversity Center of
                             The Bar Association of San Francisco
                             50 Fremont Street, Suite 1700
                             San Francisco, CA 94105
                             Phone: (415) 782-8977
                             Fax: (415) 477-2390
                             tcarter@sfbar.org

                             *Attorney for Defendant Su Chang Mun*

Dated: March 11, 2026        */s/ Kelly Bernier-Mun*
                             Kelly Bernier-Mun
                             1623 Kathleen Ave.
                             Sacramento, CA 95815
                             916-458-1461
                             Angelhairbeauty2@gmail.com

                             *Pro Se Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  March 13, 2026        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE