BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone:      (202) 616-2378
Fax:         (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SU CHANG MUN; KELLY BERNIER-MUN, a/k/a KELLY LYNN MUN; VASILIY LITVINCHUK; NATALIYA LITVINCHUK; YURIY ROMANYUK; CITY OF SACRAMENTO; COUNTY OF SACRAMENTO DEPARTMENT OF CHILD SUPPORT SERVICES.<br><br>        Defendants. | Case No. 2:25-cv-01406-DJC-AC<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND CLOSE OF FACT DISCOVERY BY ONE WEEK TO ACCOMMODATE DEPOSITION OF SU CHANG MUN** |

Plaintiff United States of America, Defendant Su Chang Mun, and Defendant Kelly Bernier-Mun agree and stipulate to extend the deadline for fact discovery by one week to May 22, 2026 to accommodate the deposition of Mun. In support of this joint stipulation, the parties state as follows:

1.    The United States of America filed this action to foreclose federal tax liens on real property located in Sacramento, California co-owned by Defendant Su Chang Mun and Defendant Kelly Bernier-Mun. This property is located as 1623 Kathleen Avenue, Sacramento, CA 95815.

1

2.     Before this case was filed, the United States filed a case in Northern District of California against Mun to reduce federal income tax assessments made against him to judgment. Discovery in that case closed February 19, 2026.

3.     The parties have exchanged written discovery requests. The United States currently anticipates taking the deposition of Bernier-Mun on May 8, 2026. The parties have discussed possible dates for the United States taking the deposition of Mun and have determined that May 22, 2026 is a mutually agreeable date for that deposition.

4.     Discovery currently closes in this case on May 15, 2026.

5.     To ensure that the United States and the other parties have sufficient time to complete all necessary discovery in this case without imposing unnecessary costs or burdens on any party, the parties agree and stipulate to extend the close of discovery by one week to May 22, 2026 for the limited purpose of accommodating the deposition of Mun. This will allow the United States to notice Mun's deposition for May 22, 2026.

6.     This stipulation does not affect any other deadline currently imposed by the Court in this matter.

7.     The parties respectfully request that the Court order that the close of fact discovery is extended to May 22, 2026.

[signatures on next page]

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

Dated: April 23, 2026

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone:    (202) 616-2378
Fax:    (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

Dated:

TIMOTHY ROSCOE CARTER (CA Bar #195531)
Supervising Attorney, Low Income Taxpayer Clinic
Justice & Diversity Center of
The Bar Association of San Francisco
50 Fremont Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 782-8977
Fax: (415) 477-2390
tcarter@sfbar.org

*Attorney for Defendant Su Chang Mun*

Dated:  April 22, 2026

/s/ Kelly Bernier-Mun (as authorized by email)

Kelly Bernier-Mun
1623 Kathleen Ave.
Sacramento, CA 95815
916-458-1461
Angelhairbeauty2@gmail.com

*Pro Se Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2026

HON. DANIEL J. CALABRETTA
U.S. DISTRICT JUDGE

3