UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:25-cv-1406 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| SU CHANG MUN; KELLY BURNIER MUN; et al., | |
| Defendants. | |

Pending before the court is pro se co-defendant Kelly Burnier Mun's motion to compel responses to discovery from co-defendant Su Chang Mun.  ECF No. 46.[1]  Defendant Su Chang Mun opposes the motion on the grounds that the moving co-defendant failed to meet and confer prior to filing the motion, and that some of the motion is directed at responses that have not yet come due.  ECF No. 50.  Kelly Burnier Mun filed a "notice of subsequent discovery developments" acknowledging that some documents had been produced since she filed the motion, but arguing that production is still inadequate.  ECF No. 51.  The motion has been submitted for consideration on the papers.  ECF No. 47.

Local Rules 251(b) and (c) establish requirements for any party bringing a motion

---

[1] This discovery matter was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1).

1

pursuant to Federal Rules of Civil Procedure 26 through 37 and 45, including the requirement that the parties meet and confer and file a joint discovery statement.  Here, no joint discovery statement has been filed.  Additionally, although defendant Chang Mun's acknowledges that Bernier Mun sent one email in an attempt to meet and confer, it appears the parties have not had any meet and confer discussions.  The Standing Orders of the undersigned magistrate judge, available on the court's website, specify as follows regarding discovery disputes:

> Judge Claire strictly enforces meet and confer requirements.  Written correspondence between the parties, including email, is insufficient to satisfy the parties' meet and confer obligations under Local Rule 251(b).  Prior to the filing of a Joint Statement, the parties must **confer in person or via telephone or video conferencing** in an attempt to resolve the dispute.

Because Bernier Mun, the moving party, did not satisfy Local Rule 251(b)'s meet and confer requirement and the joint discovery statement requirement, the motion to compel discovery will be denied without prejudice.  See e.g., U.S. v. Molen, 2012 WL 5940383, at *1 (E.D. Cal. Nov. 27, 2012) (where a party fails to comply with Local Rule 251, discovery motions are denied without prejudice to re-filing).

For the reasons stated above, IT IS HEREBY ORDERED that co-defendant Kelly Burnier Mun's motion to compel, ECF No. 46, is DENIED without prejudice.

IT IS SO ORDERED.

DATE: May 4, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE