BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

CONNOR J. PESTOVICH (NM Bar 159189)
KELARK AZER HABASHI (DC Bar 90009126)
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378 (Pestovich)
(202) 353-0014 (Azer Habashi)
Fax: (202) 307-0054
Connor.Pestovich@usdoj.gov
Kelark.Azer.Habashi@usdoj.gov

*Counsel for the United States of America*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SU CHANG MUN, ET AL.,<br>Defendants. | Case No.: 2:25-cv-01406-DJC-AC<br><br>**ORDER** |

Before the Court is the United States of America's motion to extend the dispositive motion deadline and trial dates. For good cause shown, the Court GRANTS the United States' motion and ORDERS the following schedule for the remainder of this case:

**USA Motion for Summary Judgment due by October 15, 2026;**

**Mun and Bernier-Mun's Response Briefs due by October 29, 2026;**

**USA's Reply Briefs due by November 5, 2026;**

**Hearing on Motion for Summary Judgment set for December 3, 2026 at 1:30 PM in Courtroom 7, 14th Floor;**

**Pre-Trial Conference on January 14, 2027, at 1:30 PM; and**

**Trial (Bench) to begin March 15, 2027, at 9:00 AM.**

Either Defendant may file a cross-motion for summary judgment with their response in accordance with Section I.D of Judge Calabretta's Standing Order in Civil Cases available on the Court's website. If a Defendant files a cross-motion for summary judgment, the United States shall file its combined response and reply brief by November 12, 2026 (instead of November 5, 2026). The cross-movant Defendant may file its reply brief by November 19, 2026.

Dated: October 1, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE